E-FILED
Thursday, 28 May, 2026  04:38:51 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| **PEGGY WHITFORD,**<br>**Individually and on behalf of all others**<br>**similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BLESSING CORPORATE SERVICES,**<br>**INC.**<br><br>**Defendant.** | **Case No. 3:25-cv-03204-SEM-DJQ**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION**<br>**PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**CLASS ACTIONS PURSUANT TO**<br>**FED. R. CIV. P. 23** |

## NOTICE OF FILING CONSENTS TO JOIN

PLEASE TAKE NOTICE that on May 28, 2026, the attached CONSENTS TO JOIN

WAGE CLAIM FORMS were filed electronically on behalf of the Plaintiff with the United States

District Court for the Central District of Illinois.

1. Nancy J. Berhorst
2. Sophia R. Brice
3. Teresia A. Bugh
4. Alex F. Buss
5. Kaitlyn M. Conway
6. Rebecca S. Daffern
7. Alysha N. Farrell
8. Summer M. Hall
9. Anita Heberlein
10. Megan M. Hendrick
11. Emily F. Humke
12. Abigail I. Huston
13. Kayce J. Irvin
14. Katelyn G. Laeder
15. Cindi M. Leon
16. Alexandria L. Meyer
17. Destiny R. Nichols
18. Mollie R. Sanchez
19. Amber S. Smith
20. Michelle L. Smith
21. Nettie Smith
22. Brittany Whittaker
23. Melissa D. Wicks

Date:   May 28, 2026

Respectfully submitted,

/s/ *Clif Alexander*
**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin Anderson**
Texas Bar No. 24045189
austin@a2xlaw.com
**Carter T. Hastings**
Texas Bar No. 24101879
carter@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

Douglas M. Werman
Maureen A. Salas
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
312-419-1008
dwerman@flsalaw.com
msalas@flsalaw.com

**JOSEPHSON DUNLAP, LLP**

**Michael A. Josephson**
TX Bar No. 24014780
mjosephson@mybackwages.com
**Andrew W. Dunlap**
TX Bar No. 24078444
adunlap@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100

**BRUCKNER BURCH PLLC**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
rburch@brucknerburch.com
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788
*Attorneys in Charge for Plaintiff and the Putative Collective/Class Members*

<u>**CERTIFICATE OF SERVICE**</u>

I, the attorney, hereby certify that on May 28, 2026, I electronically filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Clif Alexander*
Clif Alexander