E-FILED
Wednesday, 03 June, 2026  12:09:23 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| **PEGGY WHITFORD,**<br>**Individually and on behalf of all others**<br>**similarly situated,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**BLESSING CORPORATE SERVICES,**<br>**INC.,**<br><br>   **Defendant.** | **Case No. 3:25-cv-03204-SEM-DJQ**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION**<br>**PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**CLASS ACTIONS PURSUANT TO**<br>**FED. R. CIV. P. 23** |

### JOINT MOTION TO STAY THE CASE AND STIPULATION REGARDING TOLLING OF THE STATUTE OF LIMITATIONS

**TO THE HONORABLE COURT:**

Plaintiff Peggy Whitford and Defendant Blessing Corporate Services, Inc. (collectively, "the Parties"), jointly move this Court to stay the case through October 1, 2026.

1. Counsel for the Parties are currently engaged in informal discovery and are scheduling private mediation to occur on or before September 30, 2026. The Parties seek a stay of the case to facilitate completion of that informal discovery and to allow the mediation process to proceed in a meaningful and efficient manner.

2. Granting the requested stay will not prejudice the Parties or any putative member of the collective. Nor will it require any amendments to the operative scheduling order in this case. (*See* Dkt. 25.)

3. To the contrary, a brief stay will promote the judicial economy and conserve the resources of both the Court and the Parties by allowing the Parties an opportunity to resolve the

matter. Absent a stay, the Parties would likely incur unnecessary costs associated with ongoing litigation and motion practice that may ultimately prove duplicative or unnecessary if the matter resolves through mediation.

4.     The Parties attest this motion is not made for the purpose of the delay, but rather in good faith to facilitate a potential resolution of this matter in a manner that conserves resources and minimizes burden on the Court.

WHEREFORE, the Parties respectfully request this Court grant the requested stay of this matter, through October 1, 2026, so that the Parties can pursue a potential resolution to this matter.

Date:   June 3, 2026

By: ____/s/ Clif Alexander_____
**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin Anderson**
Texas Bar No. 24045189
austin@a2xlaw.com
**Carter T. Hastings**
Texas Bar No. 24101879
carter@a2xlaw.com
**Anderson Alexander, PLLC**
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**Douglas M. Werman**
dwerman@flsalaw.com
**Maureen A. Salas**
msalas@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
312-419-1008

**JOSEPHSON DUNLAP, LLP**

**Michael A. Josephson***
TX Bar No. 24014780

By: ____/s/ Noah A. Finkel_____
Noah A. Finkel
nfinkel@seyfarth.com
Sarah K. Bauman
sbauman@seyfarth.com
Hannah Sosenko
hsosenko@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000

*Attorneys for Defendant*

mjosephson@mybackwages.com
**Andrew W. Dunlap\*\***
TX Bar No. 24078444
adunlap@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100

**BRUCKNER BURCH PLLC**

**Richard J. (Rex) Burch\*\***
TX Bar No. 24001807
rburch@brucknerburch.com
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788

\* Admitted *Pro Hac Vice*.

\*\* Request for admission *Pro Hac Vice*
forthcoming.

*Attorneys for Plaintiff and the Putative
Collective/Class Members*