E-FILED
Tuesday, 09 June, 2026  03:49:39 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| **PEGGY WHITFORD,**<br>**Individually and on behalf of all others**<br>**similarly situated,**<br><br>            **Plaintiff,**<br><br>     v.<br><br>**BLESSING CORPORATE SERVICES,**<br>**INC.**<br><br>            **Defendant.** | **Case No. 3:25-cv-03204-SEM-DJQ**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION**<br>**PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**CLASS ACTIONS PURSUANT TO**<br>**FED. R. CIV. P. 23** |

## NOTICE OF FILING CONSENT TO JOIN

PLEASE TAKE NOTICE that on June 9, 2026, the attached CONSENT TO JOIN

WAGE CLAIM FORM were filed electronically on behalf of the Plaintiff with the United States

District Court for the Central District of Illinois.

1.      Colleen Stevens

---

Notice of Filing Consent to Join                              1

Date:    June 9, 2026                           Respectfully submitted,

                                                */s/ Clif Alexander*
                                                **Clif Alexander**
                                                Texas Bar No. 24064805
                                                clif@a2xlaw.com
                                                **Austin Anderson**
                                                Texas Bar No. 24045189
                                                austin@a2xlaw.com
                                                **Carter T. Hastings**
                                                Texas Bar No. 24101879
                                                carter@a2xlaw.com
                                                **ANDERSON ALEXANDER, PLLC**
                                                101 N. Shoreline Blvd, Suite 610
                                                Corpus Christi, Texas 78401
                                                Telephone: (361) 452-1279
                                                Facsimile: (361) 452-1284

                                                Douglas M. Werman
                                                Maureen A. Salas
                                                **WERMAN SALAS P.C.**
                                                77 W. Washington St., Suite 1402
                                                Chicago, Illinois 60602
                                                312-419-1008
                                                dwerman@flsalaw.com
                                                msalas@flsalaw.com

                                                **JOSEPHSON DUNLAP, LLP**

                                                **Michael A. Josephson**
                                                TX Bar No. 24014780
                                                mjosephson@mybackwages.com
                                                **Andrew W. Dunlap**
                                                TX Bar No. 24078444
                                                adunlap@mybackwages.com
                                                11 Greenway Plaza, Suite 3050
                                                Houston, Texas 77046
                                                Telephone: 713-352-1100

**BRUCKNER BURCH PLLC**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
rburch@brucknerburch.com
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788
***Attorneys in Charge for Plaintiff and the Putative Collective/Class Members***

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on June 9, 2026, I electronically filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

/s/ Clif Alexander
Clif Alexander