E-FILED
Tuesday, 07 July, 2026  04:08:21 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

PEGGY WHITFORD,
**Individually and on behalf of all others similarly situated,**

**Plaintiff,**

v.

**BLESSING CORPORATE SERVICES, INC.**

**Defendant.**

Case No. 3:25-cv-03204-SEM-DJQ

**JURY TRIAL DEMANDED**

**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**

**CLASS ACTIONS PURSUANT TO FED. R. CIV. P. 23**

## NOTICE OF FILING CONSENT TO JOIN

PLEASE TAKE NOTICE that on July 7, 2026, the attached CONSENT TO JOIN WAGE

CLAIM FORM were filed electronically on behalf of the Plaintiff with the United States District

Court for the Central District of Illinois.

1.      Emily L. Wort

---

Notice of Filing Consent to Join                          1

Date:   July 7, 2026

Respectfully submitted,

*/s/ Clif Alexander*
**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin Anderson**
Texas Bar No. 24045189
austin@a2xlaw.com
**Carter T. Hastings**
Texas Bar No. 24101879
carter@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

Douglas M. Werman
Maureen A. Salas
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
312-419-1008
dwerman@flsalaw.com
msalas@flsalaw.com

**JOSEPHSON DUNLAP, LLP**

**Michael A. Josephson**
TX Bar No. 24014780
mjosephson@mybackwages.com
**Andrew W. Dunlap**
TX Bar No. 24078444
adunlap@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100

**BRUCKNER BURCH PLLC**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
rburch@brucknerburch.com
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788
***Attorneys in Charge for Plaintiff and the Putative Collective/Class Members***

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on July 7, 2026, I electronically filed the attached with the

Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Clif Alexander*
Clif Alexander